

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2021

No. 04-21-00008-CV

**IN RE** Leticia R. **BENAVIDES**

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2020-PB7-000138-L-1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
                Irene Rios, Justice
                Beth Watkins, Justice

Relator's motion for rehearing and emergency motion to reinstate stay are denied.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2021.

_____
Michael A. Cruz,
Clerk of Court